FILED by MG D.C.
ELECTRONIC
April 18, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-80414 Civ-Marra/Johnson

CYNDI CLAY,

    Plaintiff,

vs.

OCEANS CASINO CRUISES, INC. d/b/a
SUNCRUZ CASINOS,

    Defendant.

_____/

## COMPLAINT

Plaintiff, CYNDI CLAY, by and through her undersigned attorneys, sues Defendant, OCEANS CASINO CRUISES, INC. d/b/a SUNCRUZ CASINOS and alleges as follows:

1. This is an action for damages in excess of $75,000.00 and within the diversity jurisdiction of this Court pursuant to 28 U.S.C. §1332(a) (1) in that the Plaintiff and the Defendant are citizens of different States.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that the Defendant resides in this District and a substantial part of the events or omissions giving rise to the claim occurred here.

3. At all times material hereto, Plaintiff, CYNDI CLAY, was and is a citizen of Cobb County, Marietta, GA.

4. At all times material hereto, Defendant, OCEANS CASINO CRUISES, INC. d/b/a SUNCRUZ CASINOS, was and is a Florida Corporation with its principal place of business in Dania Beach, Broward County, Florida.

5. At all times material hereto, Defendant was a corporation, in the business of providing gambling cruises for passengers, including the Plaintiff herein.

6. On or about April 19, 2007, one of the Defendant's vessels launched a voyage from West Palm Beach, Palm Beach County, Florida.

7. At all times material hereto, the Plaintiff was aboard the SunCruz VI ship, having embarked from West Palm Beach, Palm Beach County, Florida.

8. On or about April 19, 2007, while on board the vessel, the Plaintiff, CYNDI CLAY, when attempting to sit on a bar stool, was suddenly and violently thrown from her chair due to a sudden rock in the vessel.

9. Plaintiff, CYNDI CLAY, suffered serious bodily injuries as a direct and proximate result of the negligence of the Defendant.

10. All conditions precedent to the filing of this action have performed.

## COUNT I
## NEGLIGENCE OF MONTE CARLO CASINO CRUISES

Plaintiff realleges and reavers Paragraphs 1-10 as if fully set forth herein and would further state:

11. At all times material hereto, the Defendant had a duty to exercise reasonable care in the operation and maintenance of the passenger cruise vessel in a safe and seaworthy condition and to prevent injuries to any passengers aboard its vessel.

12. Defendant breached the above duties in the following ways:

    a. failing to take proper and adequate measures for the safety and welfare of the Plaintiff and other passengers;

    b. failing to supply safe, reliable, seaworthy chairs;

    c. failing to keep the chairs in proper repair and condition ;

    d. failing to conduct reasonable tests and/or inspections to detect the unsafe/unseaworthy condition of the chairs while the ship was navigating the waters;

    e. failing to adequately warn the Plaintiff the chairs were not fit and safe to withstand a sudden jolt of the vessel resulting from high seas.

13. As a direct and proximate result of the negligence of the Defendant, the Plaintiff, CYNDI CLAY, was injured in and about her body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of her injuries, suffered physical handicap, sustained permanent injuries within a reasonable degree of medical probability and/or permanent loss of bodily function, suffered loss of earnings and loss of ability to earn money, and has lost the capacity for the enjoyment of life.

14. In that the injuries suffered by the Plaintiff, CYNDI CLAY, are continuing in nature, she will continue to suffer pain, physical handicap and permanent injury in the future and will be further compelled to expend great sums for medical care and related treatment for those injuries.

WHEREFORE, Plaintiff, CYNDI CLAY, demands judgment for damages against the Defendant, OCEANS CASINO CRUISES d/b/a SUNCRUZ CASINOS together with costs and demands trial by jury of all issues triable as of right by jury.

Signed this 18th day of April, 2008.

Walter G. Campbell, Jr., Esq.
Florida Bar No.: 161009
(954) 763-8181
700 S.E. 3rd Avenue
Suite 100
Fort Lauderdale, FL  33301

wcampbell@krupnicklaw.com
(954) 763-8292

%JS 44   (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS<br>CYNDI CLAY | DEFENDANTS<br>OCEANS CASINO CRUISES, INC. d/b/a SUNCRUZ CASINOS |
|---|---|
| (b) County of Residence of First Listed Plaintiff   **Cobb County**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant   **Broward**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Walter G. Campbell, Jr., Esq.<br>700 S.E. 3rd Avenue, Suite 100<br>Fort Lauderdale, FL  33316 | Attorneys (If Known)<br>9:08CV80414 KAM/LR  |

(d) Check County Where Action Arose:   ☐ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☒ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)   (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☒ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO       b) Related Cases ☐ YES ☒ NO

JUDGE _____       DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §1332

LENGTH OF TRIAL via   **3**   days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE

**FOR OFFICE USE ONLY**
AMOUNT   $350       RECEIPT #  542831       IFP _____